**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Luis ORTIZ, Defendant–Appellant.**

**No. 04–41248 Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

April 26, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Jose Luis Ortiz, Bastrop, TX, pro se.

Larry Chris Iles, Rockport, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and WIENER and DeMOSS, Circuit Judges.

PER CURIAM: *

Larry Chris Iles, appointed to represent Jose Luis Ortiz, has filed a motion to withdraw and brief pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ortiz has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Charmaine Aarons Holder, U.S. Attorney's Office, Houston, TX, for Defendant–Appellee.

Before JOLLY, DAVIS, and OWEN, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

